UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-CV-62631-DPG

YAZAN SALEH,

        Plaintiff,

vs.

CITIGROUP, INC., d/b/a CITI BANK,

        Defendant.

_____/

## CORPORATE DISCLOSURE STATEMENT OF CITIBANK, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Citibank, N.A. submits its Corporate Disclosure Statement as follows:

Citibank, N.A. is a wholly-owned subsidiary of Citicorp LLC, which in turn is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publicly held corporation. No publicly held corporation owns ten percent (10%) or more of Citigroup Inc.'s stock.

Dated: January 16, 2020

                                              By:   /s/ *David D. Switzler*
                                                    Brian C. Frontino
                                                    Florida Bar No. 95200
                                                    David D. Switzler
                                                    Florida Bar No. 93089
                                                    STROOCK & STROOCK & LAVAN LLP
                                                    200 South Biscayne Boulevard, Suite 3100
                                                    Miami, Florida 33131
                                                    Telephone:  (305) 358-9900
                                                    Facsimile:  (305) 789-9302
                                                    bfrontino@stroock.com
                                                    dswitzler@stroock.com
                                                    lacalendar@stroock.com

                                                    Attorneys for Defendant
                                                        *Citibank, N.A.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF system on the following counsel of record on January 16, 2020, to the following:

>Jibrael S. Hindi, Esq.
>Thomas John Patti III, Esq.
>The Law Offices of Jibrael S. Hindi
>110 SE 6th Street, Suite 1744
>Fort Lauderdale, Florida  33301
>Telephone:  (954) 907-1136
>Facsimile:  (855) 529-9540
>jibrael@jibraellaw.com
>tom@jibraellaw.com
>
>*Counsel for Plaintiff*

        */s/ David D. Switzler*
        David D. Switzler

MIA 31444515v1